UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT GENE BAILEY,  )<br>        Plaintiff,  )<br>       )<br>v.  )<br>       )<br>       )<br>       )<br>WILLIAM C. TOMAN, JR., R.M. ASHLEY)<br>K.D. MACKEY, P.J. GRAHAM, RON  )<br>SMITH, UNKNOWN FEMALE OFFICER,  )<br>C.C. BLAKE, JOSEPH GARDNER,  )<br>        Defendants.  ) | **JUDGMENT**<br><br>No. 5:13-CV-399-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint in this matter does not contain allegations suggesting that the Plaintiff is in any such danger. Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on July 1, 2013, and Copies To:**

Robert Gene Bailey (#0014848, Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

DATE  
July 1, 2013

JULIE A. RICHARDS, CLERK  
/s/ Susan K. Edwards  
(By) Susan K. Edwards, Deputy Clerk